IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| DEMORIAN D. SCOTT,<br>TDCJ No. 1505863,<br><br>　　Petitioner,<br><br>v.<br><br>BOBBY LUMPKIN, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br><br>　　Respondent. | §<br>§<br>§<br>§<br>§<br>§　Civil Action No. 7:21-cv-00086-M-BP<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

　　The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

　　It is therefore **ORDERED** that Petitioner's Application to Proceed in Forma Pauperis (ECF No. 7) is **DENIED**. The Court informs Petitioner that his petition under 28 U.S.C. § 2254 will be subject to dismissal without further notice under Federal Rule of Civil Procedure 41(b) unless he pays to the clerk of Court the applicable filing fee of $5.00 within seven (7) days after entry of this order.

　　**SO ORDERED** this 10th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BARBARA M. G. LYNN
　　　　　　　　　　　　　　　　　　　　CHIEF JUDGE